

Scott Lause
General Counsel
636.733.3700 ext. 3730
636.787.2775 fax

June 9, 2023



Clerk of Court
U.S. Bankruptcy Court
Western District of Washington (Seattle)
700 Stewart Street, #6301
Seattle, WA 98101

              Re:    Randi J. Anderson (Jackson)
                    **Adversary Proceeding #:** 23-01027-CMA

Dear Clerk of Court:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regards to the above-referenced Adversary Proceeding. Please see the enclosed letter sent to debtor in this Adversary Proceeding.

If you have any other questions, regarding this matter, please do not hesitate to contact me.

Sincerely,

Scott Lause
General Counsel

SL/cm
Enclosure


Scott Lause
General Counsel
636.733.3700 ext. 3730
636.787.2775 fax

June 9, 2023

Randi Anderson (Jackson)
5288 Mithun Place NE
Seattle, WA 98105

                Re:    Randi J. Anderson
                      **Adversary Proceeding #**: 23-01027-CMA

Dear Randi Anderson (Jackson):

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regards to the above-referenced Adversary Proceeding. The Adversary Proceeding in question pertains to the discharge of a certain federal student loans. Please be advised that MOHELA does not own or hold any student loans on which you are the obligor. Therefore, any judgment taken against MOHELA in this proceeding would have no effect on your student loan obligations.

MOHELA's only relationship to you is that MOHELA services a federal student loans, owned by the U.S. Department of Education, on which you, Randi Anderson (Jackson) are the obligor. The U.S. Department of Education, as the owner and holder of the student loans, is the only appropriate party to this proceeding, relative to your student loans. Based on the foregoing, I respectfully request that you dismiss all claims against MOHELA.

If you have any other questions, regarding this matter, please do not hesitate to contact me.

Sincerely,

Scott Lause
General Counsel

SL/cm

cc:    Clerk of Court
        U.S. Bankruptcy Court
        Western District of Washington (Seattle)
        700 Stewart Street, #6301
        Seattle, WA 98101