Entered on Docket July 14, 2023

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Randi Jean Anderson,<br><br>　　　　　　　Debtor. | Case No. 23-10494 |
| Randi J. Anderson,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>US Department of Education/MOHELA,<br><br>　　　　　　　Defendant(s). | Adv. No. 23-01027<br><br>ORDER TO SHOW CAUSE |

    This matter came before the Court sua sponte.  The Court finds that the Plaintiff has failed to prosecute this case.  The Plaintiff failed to appear at the continued pretrial hearings on June 29, 2023 and July 13, 2023, without explanation.  The Court's docket also does not indicate

Order - 1

that the Plaintiff has served the Reissued Summons and Complaint on the Defendants. Federal Rule of Civil Procedure 4(m), applicable to this matter through Federal Rule of Bankruptcy Procedure 7004(a)(1), the Court must dismiss a case without prejudice if the Defendant has not been served within 90 days of the filing of the complaint, unless the Plaintiff shows good cause for the failure to serve. Accordingly, it is hereby ORDERED as follows:

1. The Plaintiff shall appear before the Court on **August 3, 2023,** at **11:00 a.m.**, to show cause why this case should not be dismissed for failure to prosecute. The hearing shall be held telephonically, and all parties intending to appear must do so using the following procedures:
    - Dial: 1−888−363−4749
    - Enter Access Code: 8955076#
    - Press the # sign
    - Enter Security Code: 3564#
    - Speak your name when prompted
2. Any party opposing this relief shall file with the Court a written response stating the basis for the opposition by **July 27, 2023**.
3. If the Plaintiff fails to appear, then the case will be dismissed without further notice.

///END OF ORDER///

Order - 2